83 P.3d 115

# SUPREME COURT OF HAWAI'I

January 20, 2004

| 25664 | Doe, In re | Vacated and Remanded |

**January 21, 2004**

| 22937 | State v. Bucar | Vacated and Remanded |

**January 26, 2004**

| 24558 | Ferreira v. TIG Ins. Co. | Vacated and Remanded |
| 22533 | Hawaii Government Employees Ass'n, AFSCME, Local 152, AFL-CIO v. Miike | Affirmed |
| 24738 | State v. Goodin | Affirmed |

**January 29, 2004**

| 23465 | State v. Schweitzer | Affirmed |

**January 30, 2004**

| 23106 | Karagianes v. State | Affirmed |
| 23112 | State v. Fujimoto | Affirmed |

**February 2, 2004**

| 25724 | Smith v. State | Affirmed |